186 So. 916

### Gilbert BREWER v. STATE.

8 Div. 714.

Court of Appeals of Alabama.
Jan. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

181 So. 918

### Turner BREWER v. STATE.

8 Div. 638.

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

177 So. 917

### Thomas BRIDGEMAN v. STATE.

6 Div. 173.

Court of Appeals of Alabama.
Dec. 7, 1937.

SAMFORD, Judge.
Appeal dismissed.

181 So. 917

### Owen BROADFOOT v. STATE.

8 Div. 640.

Court of Appeals of Alabama.
May 24, 1938.

Á. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

186 So. 916

### Love BROGLAN v. CITY OF HUNTSVILLE.

8 Div. 759.

Court of Appeals of Alabama.
Jan. 19, 1939.

PER CURIAM.
Appeal dismissed for want of prosecution.